# Court of Appeals
# of the State of Georgia

ATLANTA,  June 22, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1876. JAMES L. WORKS v. THE STATE.

In 2018, a jury found James Leon Works guilty of three counts each of rape and aggravated assault and related crimes. The trial court sentenced him to life plus 15 years' imprisonment. This Court affirmed the judgment on direct appeal. *Works v. State*, Case No. A20A586 (June 22, 2020). In January 2026, Works filed a pro se motion for out-of-time motion for new trial.[1] On February 11, 2026, the trial court dismissed the motion. Works filed a notice of appeal on April 7, 2026. See Court of Appeals Rule 4(c)(1). We, however, lack jurisdiction.

Pretermitting whether Works is entitled to a direct appeal, the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed, OCGA § 5-6-38(a), and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021).

---

[1] Works previously filed a pro se motion to set aside void sentence, which the trial court struck on March 26, 2025. Works filed in the trial court an out-of-time notice of appeal, again seeking to appeal the March 26 order. This Court dismissed that appeal. See Case No. A26A0613 (Dec. 1, 2025).

Because the instant appeal was filed 55 days after entry of the trial court's order, it is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __06/22/2026__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*